In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-523 CV


____________________



FLUID CRANE & CONSTRUCTION, INC., Appellant



V.



R & R MARINE MAINTENANCE, INC., Appellee







On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-176977-A






 MEMORANDUM OPINION 


 Appellant Fluid Crane & Construction, Inc. and Appellee R&R Marine Maintenance,
Inc. have filed a "Motion to Dismiss" in which the parties ask this Court to remand the case
to the trial court with instructions to enter a judgment in accordance with the parties' written
settlement agreement. The Court finds the motion complies with Tex. R. App. P. 42.1(a)(2). 
The parties inform the Court that they have reached an agreement to set aside the trial court's
default judgment against Fluid Crane & Construction, Inc. and remand the case to the trial
court for entry of a final take nothing judgment ordering that R & R Marine Maintenance,
Inc. take nothing of and from Fluid Crane Construction, Inc.

 It is, therefore, ORDERED that the judgment of the trial court is vacated and the cause
is remanded to the 60th District Court of Jefferson County, Texas, for further proceedings
regarding the entry of judgment in accordance with the agreement of the parties. Costs shall
be assessed against the party incurring such costs. 

 VACATED AND REMANDED.

 ____________________________

 CHARLES KREGER

 Justice


Opinion Delivered January 11, 2007 

Before McKeithen, C.J., Gaultney and Kreger, JJ.